DANA GRIESENBECK, ETC. v. JOHN Y.G. WALKER, JR.

May 7, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 132)

STATE OF NEW JERSEY v. JOSEPH CLARK.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID SCHMIDT.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
S.J., A JUVENILE.

May 7, 1985.

Petition for certification denied.